# IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

| | |
|---|---|
| NANCY M. LENAU AND DANIEL T. LENAU AND KATHLEEN TRIESCHOCK ON BEHALF OF THEMSELVES AND OTHERS SIMILARLY SITUATED, | : No. 483 WAL 2014 |
| | : |
| | : |
| | : Petition for Allowance of Appeal from the |
| | : Order of the Superior Court |
| Petitioners | : |
| | : |
| | : |
| | : |
| v. | : |
| | : |
| | : |
| | : |
| CO-EXPRISE, INC., | : |
| | : |
| Respondent | : |

## ORDER

**PER CURIAM**

    **AND NOW**, this 8th day of April, 2015, the Petition for Allowance of Appeal is **DENIED**.